FILED
United States Court of Appeals
Tenth Circuit

February 13, 2026

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| UHS OF DELAWARE, INC., d/b/a Cedar Springs Hospital, Inc., <br><br> Petitioner, <br><br> v. <br><br> OCCUPATIONAL HEALTH AND SAFETY REVIEW COMMISSION; UNITED STATES DEPARTMENT OF LABOR, <br><br> Respondents. | No. 24-9521 <br> (OSHC No. 20-0887) <br> (Occupational Safety & Health Review Commission) |

_____

**JUDGMENT**

_____

Before **TYMKOVICH**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.

_____

This petition for review originated from the Occupational Safety and Health Review Commission and was argued by counsel.

It is the judgment of this Court that the action of the Occupational Safety and Health Review Commission is affirmed. The petition for review is denied.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk